**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**LAMON K. GRIGGS**                                                                   **PLAINTIFF**

**VERSUS**                                                   **CAUSE NO. : 1:16-CV-13-SA-RP**

**CHICKASAW COUNTY, MISSISSIPPI**                               **DEFENDANT**

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

COMES NOW Plaintiff, Lamon K. Griggs, by and through counsel, and submits his Motion for Extension of Time in which to serve the response to Defendant's Motion for Summary Judgment [46], and would show unto the Court the following:

1. Counsel for Plaintiff has had a number of briefs and other pleadings to become due and has been unable to review the authorities and complete the research necessary for the response, currently due on May 19, 2017.

2. Additionally, Plaintiff's counsel has been out of the office a great deal since the receipt of the Defendant's motion due to his court and deposition schedule.

3. In light of the above circumstances, Plaintiff's counsel is in need of additional time, through May 26, 2017, in which to file the response.

4. The granting of additional time would be of no prejudice to the Defendant. Further, defense counsel has been contacted and states there is no objection to the Plaintiff's requested time being granted.

5.	The requested extension of time is made in good faith and is not sought for the purpose of delay or harassment.

6.	Because of the simple and self-explanatory nature of the instant motion, Plaintiff requests to be relieved of any obligation to file a supporting memorandum.

WHEREFORE, Plaintiff requests that the Court grant his Unopposed Motion for Extension of Time, through and including May 26, 2017, in which to file the response to [46] Defendant's Motion for Summary Judgment.

DATED, this the 18th day of May, 2017.

Respectfully submitted,

WAIDE & ASSOCIATES, P.A.

BY: */s/ Jim Waide*
       JIM WAIDE
       MS BAR NO.: 6857

WAIDE & ASSOCIATES, P.A.
ATTORNEYS AT LAW
POST OFFICE BOX 1357
TUPELO, MS  38802
TELEPHONE:  662/842-7324
FACSIMILE:  662/842-8056
EMAIL: waide@waidelaw.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Jim Waide, attorney for Plaintiff, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system, which sent notification of such filing to the following:

**Gary L. Carnathan, Esq.**
carnathanlaw@redmagnet.com

**Daniel J. Griffith, Esq.**
danny@griffithlaw.net
jlofton@griffithlaw.net
aluciano@jlpalaw.com
jjacks@jlpalaw.com

**Jamie Ferguson Jacks, Esq.**
jjacks@jlpalaw.com
mlott@jlpalaw.com

THIS the 18th day of May, 2017.

BY: */s/ Jim Waide*
JIM WAIDE