IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAMON K. GRIGGS                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO.: 1:16CV13-SA-RP

CHICKASAW COUNTY, MISSISSIPPI                                                        DEFENDANT

ORDER

Pursuant to the Court's Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment is DENIED. This case must proceed to trial in order to address significant questions of material fact as to whether Plaintiff was terminated in violation of his First Amendment rights.

It is SO ORDERED this the 28th day of July 2019.

/s/ Sharion Aycock
UNITED STATES DISTRIC JUDGE