IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAMON K. GRIGGS                                                                                      PLAINTIFF

V.                                                                           CIVIL ACTION NO.: 1:16CV13-SA-RP

CHICKASAW COUNTY, MISSISSIPPI                                                           DEFENDANT

ORDER

It is hereby ORDERED that all trial subpoenas previously issued in this cause are hereby amended as specified below and remain in full force and effect. The subpoenaed witnesses shall appear at the trial of this cause without further subpoena.

The location of the trial of this cause has been reset for Oxford, Mississippi. Trial will begin August 21, 2017, beginning at 9:40 A.M. at the United States Federal Building, 911 Jackson Avenue, Courtroom 1, First Floor, in Oxford, Mississippi, and the subpoenaed witnesses must appear at such time during the trial as counsel directs. The previously-subpoenaed witnesses need not be re-served with subpoenas.

SO ORDERED this the 17th day of August, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE