IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


LAMON K. GRIGGS                                                    PLAINTIFF


V.                                                    CAUSE NO. : 1:16-CV-13-SA-RP


CHICKASAW COUNTY, MISSISSIPPI                                      DEFENDANT

JUDGMENT

A jury tried this case with the undersigned judge presiding, and the jury rendered a

verdict on August 23, 2017. In accord with the verdict rendered in this case, judgment is hereby

entered in favor of the Plaintiff, and $83,447.08 is awarded. No punitive damages are awarded.

SO ORDERED, on this the 23rd day of August, 2017.


                                        /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE