IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAMON K. GRIGGS                                                                      PLAINTIFF

V.                                                            CIVIL ACTION NO.: 1:l6-cv-13-SA-RP

CHICKASAW COUNTY, MISSISSIPPI                                                        DEFENDANT

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, the Court finds the jury's verdict to be reasonable based on the evidence presented at trial. Thus, the Defendant's renewed Motion for Judgment as a Matter of Law is DENIED. Furthermore, the Court finds no evidence requiring a new trial, and Defendant's Motion for a New Trial is also DENIED. Finally, Plaintiff's Motion to Alter or Amend the Judgment as to award Front Pay is GRANTED, but not to the extent requested.

SO ORDERED this the 3rd day of April, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE